CHESTER B. HARDMAN, PLAINTIFF-RESPONDENT, v. FORD MOTOR COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Kisselman, Devine, Deighan & Montano, Mr. Michael Patrick King, Mr. Samuel P. Orlando* and *Mr. Aaron Dines* for the petitioners.

*Messrs. Plone, Tomar, Parks & Seliger* and *Mr. Charles A. Cohen* for the respondent.

January 15, 1962.   Denied.

GEORGE J. MORAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HANS J. FEITIS, DEFENDANT-PETITIONER.

See same case below:   69 *N. J. Super.* 531.

*Messrs. Schreiber, Lancaster & Demos* for the petitioner.

*Messrs. Weiner, Weiner & Glennon* for the respondent.

January 15, 1962.   Denied.